March 18, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

BOWEN ZHU AND JAIN YU, Appellants

NO. 14-13-00368-CV                    V.

KAI C. LAM AND THE HOUSESOLD REALTY, INC., Appellees

_____

This cause, an appeal from the judgment signed January 25, 2013 in favor of appellees Kai C. Lam and the Housesold Realty, Inc., was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Bowen Zhu and Jain Yu, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.